# In the United States Court of Federal Claims

Nos. 19-1719 & 19-1741
Filed: October 12, 2022

| | |
|---|---|
| LAND SHARK SHREDDING, LLC, | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## ORDER

On November 12, 2019, the Court granted Plaintiff's motion to consolidate the following protests: *Land Shark Shredding, LLC v. United States*, No. 19-1719; and *Land Shark Shredding, LLC v. United States*, No. 19-1741. On November 15, 2019, the parties moved this court to stay these consolidated cases "pending a final resolution of all proceedings, including any and all appeals and appeal periods, in the following actions, whichever comes last: *Land Shark Shredding, LLC v. United States*, No. 18-1568C; *Land Shark Shredding, LLC v. United States*, No. 19-508C; *Land Shark Shredding, LLC v. United States*, No. 19-711C; and *Veteran Shredding, LLC v. United States*, No. 19-945C (collectively, the Shredding cases)." ECF No. 10. The Court granted the parties' request to stay these consolidated cases and ordered Plaintiff to file a status report within seven days of a final, non-appealable judgment in the Shredding cases. *Id.*

Based on the Court's review, all four of the Shredding cases have been finally resolved but the parties did not file any status reports in this case until ordered to do so by the Court. *See* ECF No. 13. In response to the Court's order, the parties advised there would be no further proceedings necessary and would prepare a stipulation of dismissal. ECF No. 14. No stipulation has been filed in the month since the last status report.

Given the lack of prosecution of this case and the failure to comply with the Court's order requiring notice when the Shredding Cases reached final resolution, ECF No. 10, the Court hereby DISMISSES this action pursuant to RCFC 41(b). The Clerk's Office is directed to enter judgment accordingly.

IT IS SO ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge